UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COLLIN ANDREW PATRICK STIERS,** ) </br> ) </br> **Plaintiff,** ) </br> ) </br> v. ) </br> ) </br> **SAUNDA JEAN MCCOOL, et al.,** ) </br> ) </br> **Defendants.** ) | Case No. CIV-24-868-R |

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Stephens recommends that Plaintiff's Complaint be dismissed upon screening.

The case file shows no timely objection to the Report nor request for an extension of time, even though Plaintiff was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996).

The Court adopts the Report and Recommendation [Doc. No. 14] in its entirety and, for the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of June, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE